UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAMES ARTHUR DUNCAN,<br><br>Defendant. | CASE NO. CR06-388 RSM<br>               CR07-250 RSM<br><br>SUMMARY REPORT OF U.S.<br>MAGISTRATE JUDGE<br>AS TO ALLEGED VIOLATIONS<br>OF SUPERVISED RELEASE |

## INTRODUCTION

I conducted a initial appearance on alleged violations of supervised release in this case on July 23, 2007. The United States was represented by Ye Ting Woo for Katheryn Frierson. The defendant was represented by Michael Filipovic.

## CONVICTION AND SENTENCE

Defendant had been convicted of Accessory after the Fact on or about May 30, 1996. The Hon. Richard P. Matsch of the District of Colorado sentenced Defendant to 130 months of confinement, followed by three years of supervised release. On April 17, 1998 the custody term was reduced to 118 months. On October 31, 2006, jurisdiction was transferred to the Western District of Washington before the Hon. Ricardo S. Martinez. The defendant began his term of supervised release in this district on December 5, 2006. On January 2, 2007 the Hon. Ricardo S. Martinez modified the term of supervised release due to violations. Defendant again violated the terms of supervised release on or about February 26, 2007, resulting in revocation of supervised release on March 27, 2007. A condition of supervised release ordered defendant to reside and participate in a residential

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -1-

reentry center for up to 180 days.  The defendant is also serving a concurrent term of supervised release for bank robbery in the Central District of California.  This allegation is deemed an alleged violation of the terms of supervision of that sentence also.

### DEFENDANT'S ADMISSION

U.S. Probation Officer Christopher Luscher for Lisa Combs alleged that Defendant violated the conditions of supervised release in one respect:

(1) Failing to reside in and satisfactorily participate in a residential reentry center program, as of July 5, 2007, in violation of the special condition that he reside in a satisfactorily participate in a residential reentry program as a condition of supervision for up to 180 days.

I advised the defendant of the charge and of his constitutional rights. Mr. Duncan admitted the violation, waived any hearing as to whether it occurred, and consented to having the matter set for a disposition hearing.

### RECOMMENDED FINDINGS AND CONCLUSIONS

Based upon the foregoing, I recommend the court find that Defendant has violated the conditions of his supervised release as alleged under both case numbers and set the matter for a disposition hearing.  Defendant has been remanded to custody pending a final determination by the Court.

DATED this 24th day of July, 2007.

MONICA J. BENTON
United States Magistrate Judge

cc: Sentencing Judge         : Hon. Ricardo S. Martinez
    Assistant U.S. Attorney  : Katheryn Frierson
    Defense Attorney         : Michael Filipovic
    U. S. Probation Officer  : Lisa Combs

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -2-